# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                Case No. 20-CR-0209(2) (SRN/LIB)

           Plaintiff,

    v.                                                **ORDER**

JOHN ANTHONY DAVIS,

           Defendant.

---

Caleb Dogeagle and Deidre Y. Aanstad, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for the Government.

Bruce D. Nestor, De Leon & Nestor, LLC, 3547 Cedar Avenue South, Minneapolis, MN 55407 for Defendant John Anthony Davis.

---

      This matter is before the Court on the Report and Recommendation United States Magistrate Judge Leo I. Brisbois dated April 15, 2022 [Doc. No. 129]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

      Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

    1.      The Report and Recommendation [Doc. No. 129] is ADOPTED; and

    2.      Defendant's Motion to Suppress [Doc. No. 60] is GRANTED.

                        BY THE COURT:

                        s/Susan Richard Nelson

Dated: May 4, 2022          SUSAN RICHARD NELSON
                        United States District Judge